John R. Thompson Company, appellee, v. Sam Weissman, appellant. Gen. No. 26,922.

Action of forcible detainer. Verdict and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Robert D. Melick, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

S. Karpel, appellee, v. Brink's Chicago City Express Company, appellant. Gen. No. 26,365.

Action in tort for conversion of merchandise placed in defendant's hands for delivery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed February 14, 1922.

William English, for appellant. Andalman, Kostner & Arvey, for appellee; Maxwell N. Andalman, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

John Kovicvic, appellee, v. Sandoval Zinc Company, appellant. Gen. No. 26,407.

Action to recover money due under a contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on remittitur. Opinion filed February 14, 1922.

Andalman & Cohen, for appellant. Peden, Graydon, Kahn & Murphy, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

William E. Turner and Ellen M. Turner, appellees, v. Dunbar Drop Forge Company, appellant. Gen. No. 26,425.

Action in contract to recover $2 a day as liquidated damages for holding over under a lease and an agreed sum on failure to replace stalls removed from building. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed February 14, 1922.

Miller, Gorham, Wales & Noxon, for appellant. Samuel G. Hamblen, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.